DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GENE MORALES,**
Appellant,

v.

**MARQUIS BANK,**
Appellee.

No. 4D18-2351

[September 19, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE 17-014819 (13.

Theodore D'Apuzzo of The D'Apuzzo Law Firm, Fort Lauderdale, for appellant.

Manuel Farach of McGlinchey Stafford, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***